No. 1322, Misc. COLLINS *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 1300, Misc. GLOUSER *v.* VAN ALSTINE, CLERK, U. S. DISTRICT COURT. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit and for other relief denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for respondent.

No. 1333, Misc. SOBELL *v.* UNITED STATES. Motion for leave to use the record in Nos. 111 and 112, October Term, 1952, granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. MR. JUSTICE WHITE took no part in the consideration or decision of this motion and petition. *Eleanor Jackson Piel, Marshall Perlin* and *Frank J. Donner* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Lee B. Anderson* for the United States.

No. 84, October Term, 1960. COHEN *v.* HURLEY, 366 U. S. 117. Motion for leave to file a petition for rehearing denied. MR. JUSTICE WHITE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.

No. 884. HELBROS WATCH CO., INC., ET AL. *v.* FEDERAL TRADE COMMISSION, 372 U. S. 976. Motion for leave to file a petition for rehearing denied.